Timothy D. Thurman, State Bar No. 216048
TRINITY LAW ASSOCIATES, INC.
3470 Wilshire Blvd., Suite 930
Los Angeles, California 90010
Tel: (213) 384 9000; Fax: (213) 402 3262
tim.thurman@trinlaw.com

Attorney for Plaintiff,
KIMBERLY CHOI

**UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY CHOI, an Individual<br><br>Plaintiffs,<br><br>v.<br><br>INDYMAC BANK, F.S.B., a Federally Chartered Savings Bank; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: CV09-02915 AHM (RCx)<br><br>Assigned for all purposes to the Hon. Judge A. Howard Matz<br><br>**PLAINTIFF, KIMBERLY CHOI'S STATEMENT OF NON-OPPOSITION TO INDYMAC BANK'S MOTION TO DISMISS COMPLAINT PURSUANT TO *FEDERAL RULES OF CIVIL PROCEDURE,* RULE 12(b)(1), OR IN THE ALTERNTIVE, MOTION TO STAY PROCEEDINGS PENDING EXHUASTION OF STATUTORILY MANDATED ADMINISTRATIVE REMEDIES**<br><br>**DATE:** September 14, 2009<br>**TIME:** 10:00 a.m. |

///

---
1
STATEMENT OF NON-OPPOTION TO MOTION TO DISMISS

**TRINITY LAW ASSOCIATES**
3470 Wilshire Blvd., Suite 930
Los Angeles, California 90010
Tel: (213) 384 9000: Fax: (213) 402 3262: thurmanlaw@gmail.com

# **PLAINTIFF KIMBERLY CHOI'S STATEMENT OF NON-OPPOTION TO TO INDYMAC BANK'S MOTION TO DISMISS COMPLAINT PURSUANT TO *FEDERAL RULES OF CIVIL PROCEDURE*, RULE 12(b)(1), OR IN THE ALTERNTIVE, MOTION TO STAY PROCEEDINGS PENDING EXHUASTION OF STATUTORILY MANDATED ADMINISTRATIVE REMEDIES**

Pursuant to Civil L.R. 7-3(b) Plaintiff, KIMBERLY CHOI hereby state that they do not oppose Defendant INDYMAC BANK motion to dismiss complaint pursuant to *FEDERAL Rules of Civil Procedure,* Rule 12(b)(1), or in the alternative, Motion to Stay Proceedings Pending Exhaustion of Statutorily Mandated Administrative Remedies.

This statement of non-opposition is made because Plaintiff is awaiting response for an administrative claim filed against the Federal Depository Insurance Corporation (FDIC) and intends to file a Motion to Stay the Proceedings pending the exhaustion of statutorily mandated administrative remedies.

DATED: September 1, 2009           TRINITY LAW ASSOCIATES, INC.

By: /s/ *Timothy D. Thurman*
Timothy D. Thurman
Attorney for Plaintiff,
KIMBERLY CHOI

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3470 Wilshire Blvd., Suite 930, Los Angeles, California 90010.

    On September 1, 2009, I served the foregoing document, described as "Statement of Non-Opposition" on all interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

**Lisa Greer Quateman, Esq.**
**Ryan D. Saba, Esq.**
**MEMBERS OF QUATEMAN, LLP**
**1801 Century Park East, Suite 1801**
**Los Angeles, CA  90067**

☒ **(BY MAIL)** As follows:

☐ I mailed, via certified mail, with postage thereon prepaid, in the United States mail at Los Angeles, California.

☒ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

☐ **(STATE)** I declare, under penalty of perjury under the laws of the State of California, that the above is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

☐ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the attorney at the offices of the addressee.

Executed on September 1, 2009 in Los Angeles, California.

                                                                  /s/ Sonya Patel

**TRINITY LAW ASSOCIATES**
3470 Wilshire Blvd., Suite 930
Los Angeles, California 90010
Tel: (213) 384 9000: Fax: (213) 402 3262: thurmanlaw@gmail.com