O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2915 AHM (RCx) | Date | September 10, 2009 |
|---|---|---|---|
| Title | KIMBERLY CHOI v. FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| S. Eagle | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

On August 13, 2009, Defendant Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B. ("FDIC"), filed a Motion to Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1), or in the Alternative, Motion to Stay Proceedings Pending Exhaustion of Statutorily Mandated Administrative Remedies. Both actions sought by the FDIC — dismissal for lack of jurisdiction, or in the alternative a stay — are premised on Plaintiff's obligation to pursue administrative remedies that are mandated by 12 U.S.C. § 1821.

On September 1, 2009, Plaintiff filed a Statement of Non-Opposition, in which she stated that she "is awaiting response for an administrative claim filed against the [FDIC] and intends to file a Motion to Stay the Proceedings pending the exhaustion of statutorily mandated administrative remedies."

//
//
//
//
//
//
//
//
//

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2915 AHM (RCx) | Date | September 10, 2009 |
|---|---|---|---|
| Title | KIMBERLY CHOI v. FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B., et al. | | |

Because FDIC's motion is unopposed and is meritorious on its face, the Court GRANTS the motion to stay[1] in part and ORDERS that this case be stayed in its entirety until the earlier of 180 days from the date of Plaintiff's filing of a claim with the Receiver or 10 days after the Receiver has tendered a final determination of Plaintiff's claim. Within ten days of the occurrence of the earlier of these dates or within ten days of the resolution of Plaintiff's claims in the administrative review process, the FDIC must file a status report with this Court, so that the stay may be lifted or the case dismissed. (The motion to dismiss is DENIED without prejudice.) The Clerk is ORDERED to take this case off the active calendar list.

No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

                                                                                               :
                                                     Initials of Preparer        se

---

[1] Docket No. 8.